UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                     Case No. 18-16314-LMI

LA CAPITAL DE LA FRUTA I, INC.,
                                                                            Chapter 7
    Debtor.
_____

DREW M. DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                                         Adv. Pro. No.19-01804-LMI
-vs-

EL GUAJIRO CORP.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Bankr. R. 7041, the Plaintiff, Drew Dillworth, Trustee (the "Trustee"), and the Defendant, El Guajiro Corp., jointly stipulate to the dismissal of this Adversary Proceeding. Each party shall bear their own fees and costs.

Dated this 28th day of September, 2020.

JAVIER BAÑOS MACHADO, ESQ.
*Counsel for Defendant*
3126 Coral Way
Miami, Florida 33145
Telephone: 305.519.5581
Facsimile: 305.403.1061
Email: Javier@banoslawfirm.com

By: _____
Javier Baños Machado, Esq.
Florida Bar No. 25706

JAMES B. MILLER, P.A.
*Counsel for Plaintiff*
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: 305. 374.0200
Facsimile: 305. 374.0250
Email: jbm@title11law.com

By: _____
James B. Miller, Esq.
Florida Bar No. 009164