

**ORDERED in the Southern District of Florida on September 29, 2020.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Laurel M. Isicoff**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16314-LMI |
| LA CAPITAL DE LA FRUTA I, INC., | Chapter 7 |
| Debtor. | |
| _____/ | |
| DREW M. DILLWORTH AS CHAPTER 7 TRUSTEE, | |
| Plaintiff, | Adv. Pro. No.19-01804-LMI |
| -vs- | |
| EL GUAJIRO CORP., | |
| Defendant. | |
| _____/ | |

### AGREED ORDER DISMISSING ADVERSARY PROCEEDING

THIS CAUSE came before the Court without a hearing following the filing of the parties' Joint Stipulation for Dismissal (the "Stipulation") [ECF# 26]. The Court, having reviewed the

Stipulation and the record herein finds that this proceeding should be dismissed forthwith.

Accordingly, the Court

    **ORDERS** as follows:

    1.    This Adversary Proceeding is DISMISSED.

    2.    Each party shall bear its own attorney's fees and costs.

###

Submitted by and copies furnished to:
James B. Miller, Esq.
Javier Baños Machado, Esq.

☐